FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 FEB 26 PM 1: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| VICTOR LEE HOLLIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. CV98-AR-2141-M |
| ) | |
| THE LURLEEN WALLACE ) | |
| DEVELOPMENTAL CENTER, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

ENTERED
FEB 2 6 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 19, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A final judgment will be entered.

**DONE** this 26th day of February, 1999.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE